UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:10-CV-97-H

THERESA MARIE GERSTLE FAMILY LIMITED PARTNERSHIP            PLAINTIFF

v.

RIVER CITY BANK                                              DEFENDANT

**MEMORANDUM & ORDER**

This matter comes before the Court on a motion filed on behalf of the Appellant to reinstate an appeal of a bankruptcy order entered in January 2010. After Ms. Gerstle, through counsel, voluntarily dismissed that appeal in 2010, she filed a motion to reinstate the appeal in March 2011. This Court denied the motion by Order dated May 9, 2011, reasoning that the motion was not properly filed and there were no grounds for it. There still exist no grounds for Ms. Gerstle's motion and the present motion is grievously untimely.

Being fully advised,

IT IS HEREBY ORDERED the Motion to Reinstate Appeal (DN 14) is DENIED.

cc:   Pro Se Plaintiff
      Counsel of Record